Stuart S. Healy III
Wyoming State Bar No. 6-3095
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
stuart.healy@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 OCT 11  AM 11:37

MARGARET BOTKINS,
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RYAN TATE ALLEN,<br><br>      Defendant. | Case No. 19mj86-J |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 11th day of October, 2019.

                                    MARK A. KLAASSEN
                                    United States Attorney

By: _____
       STUART S. HEALY III
       Assistant United States Attorney